UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO: 3:06-cr-00169-1 |
| v. | ) | |
| | ) | ORDER DENYING |
| DESMOND AARON GREENE. | ) | INTERIM CJA PAYMENT |
| | ) | |

This matter is before the Court on counsel's Motion for Interim CJA Payment.

Without a showing of an extraordinary need or circumstance, it is the policy of this Court not to approve interim CJA fees. Until the completion of the case, the Court can not adequately assess whether counsel has effectively represented a client and earned the fees requested.

WHEREFORE, it is hereby ORDERED that an interim CJA payment to David Q. Burgess is DENIED.

Signed: December 18, 2006

Frank D. Whitney
United States District Judge